UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| PETER FRANK KLEIN and | ) | |
| MARY KAY KLEIN | ) | CASE NO. 07 B 03782 |
| DEBTOR | ) | |
| | ) | HON. JOHN D. SCHWARTZ |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL 60604

    On: **January 2, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $14,882.44 |
    | Disbursements | $ 3,855.10 |
    | Net Cash Available for Distribution | $11,027.34 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Allan J. DeMars, trustee | $ None | $2,238.24 | $  62.74 |
    | Allan J. DeMars, attorney | $ None | $3,686.00 | |
    | Lois West/Popowcer, Katten Ltd. | $ None | $ 860.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $60,539.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.90512%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Aurora World | $ 186.00 | $ 12.84 |
| 2 | Associated Bank | 9,895.33 | 683.28 |
| 3 | Ty, Inc. | 228.23 | 15.76 |
| 4 | Designer's Greetings | 1,190.64 | 82.22 |
| 5 | DM Merchandising, Inc. | 1,028.00 | 70.99 |
| 6 | American Express Bank, FSB | 21,286.58 | 1,469.86 |
| 7 | American Express Bank, FSB | 61.10 | 4.22 |
| 8 | Wilmer Graphics | 195.37 | 13.49 |
| 9 | Ganz USA L.L.C. | 1,322.96 | 91.35 |
| 10 | Advanta Bank Corp. | 23,896.74 | 1,650.10 |
| 11 | Burton & Burton | 154.76 | 10.69 |
| 12 | Precious Moments, Inc. | 764.25 | 52.77 |
| 14 | Amscax | 329.99 | 22.79 |
| | | $60,539.95 | $4,180.36 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: SEE TRUSTEE'S EXHIBIT "B" IN FINAL REPORT FOR COMPLETE DETAILS: residential real estate: $320,000.00; cash: $10.00; checking accounts: $3,750.00; household goods: $3,500.00; clothing: $400.00; insurance policy: $13,635.00; 2000 Lincoln LS: $4,500.00

Dated: **December 5, 2007**                                             For the Court,

By:
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Allan J. DeMars
Address: 100 W. Monroe - Suite 910
                Chicago, IL 60603
Phone No.: (312) 726-3377

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

07-03782   Doc 50   Filed 12/05/07   Entered 12/07/07 23:58:55   Desc Imaged
                     Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Dec 05, 2007
Case: 07-03782                Form ID: pdf002          Total Served: 46

The following entities were served by first class mail on Dec 07, 2007.
db            Peter Frank Klein,    4517 N. Monticello Ave.,    Chicago, IL  60625-5921
jdb           Mary Kay Klein,    4517 N. Monticello Ave.,    Chicago, IL  60625-5921
aty          +Robin C Reizner,    Law Offices Of Robin C Reizner,    8700 N Waukegan Road Ste 130,
               Morton Grove, IL 60053-2104
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11448386      AT&T,    POB 8100,    Aurora, IL  60507-8100
11326941      Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA  19355-0701
11212611      Advanta Bank Corp,    PO Box 8088,    Philadelphia, PA 19101-8088
11448384     +American Compressed Cases,    189 Central Avenue,    Old Tappen, NJ 07675-7399
11212612      American Express,    Customer Service,    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
11343080      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11212613     +Amscax,    80 Grasslands Road,    Elmsford, NY 10523-1100
11212614      Aramark,    4200 S Halsted,    Chicago, IL 60609-2635
11212615     +Associated Bank,    1305 Main Street,    Stevens Point, WI 54481-2898
11212616     +Aurora World,    8820 Mercury Lane,    Pico Rivera, CA 90660-6706
11212617     +Bank of America,    P O Box 17309,    Baltimore, MD 21297-1309
11212618     +Bouquet, Inc,    230 W Glasgow Ave,    Kellogg, MN 55945-9633
11212619     +Burton & Burton,    325 Cleveland Road,    Bogart, GA 30622-1766
11239045     +COFACE NORTH AMERICA,INC.,    C/O AURORA WORLD, INC.,    P.O. BOX 2102,    CRANBURY, N.J 08512-0952
11212620      Capital One,    P O Box 30285,    Salt Lake City, UT 84130-0285
11212621      Capital One,    P O Box 105131,    Atlanta, GA 30348-5131
11665514     +Capital One N.A.,    Mailstop: 12018-0180,    10800 Nuckols Rd,    Glen Allen, VA 23060-6207
11448387      Carlson Craft,    POB 8700,    North Mankato, MN  56002-8700
11212624     +DM Merchandising, Inc,    835 N Church Court,    Elmhurst, IL 60126-1036
11212623     +Designer’s Greetings,    P O Box 140729,    Staten Island, NY 10314-0729
11212625     +Ganz, Inc,    60 Industrial Pkwy,    Cheertowaga, NY 14227-2713
11212626     +Gibson Greetings,    One American Road,    Cleveland, OH 44144-2301
11212627     +Glitterwrap,    701 Ford Road,    Rockaway, NJ 07866-2046
11448381     +Harnel Inc,    94 Messner Drive,    Wheeling, IL 60090-6448
11429344     +Karabowicz & Associates,    Judy Karabowicz,    1215 Paramount Parkway,    Batavia, IL 60510-1458
11448388      McPhersons,    POB 188,    957 N Meridian Street,    Suhman, IN  47041-0188
11448382     +P.S. Greetings,    5730 N Tripp,    Chicago, IL 60646-6741
11212628     +Precious Moments Inc,    P O Box 1247,    Northbrook, IL 60065-1247
11212629     +Receivable Management Corp,    P O Box 2471,    Woburn, MA 01888-0871
11212630     +Russ Berrie U S Gift, Inc,    111 Bauer Drive,    Oakland, NJ 07436-3192
11212631     +Seek Publishing,    1055 Ridgecrest Drive,    Millersville, TN 37072-3621
11212632     +Soy Basics LLC,    375 Industrial Ave,    New Hampton, IA 50659-1035
11212633      TDC Ocean Pointe LLC,    799 Central Ave,    Northbrook, IL 60062
11212634     +Third Federal Savings & Loan,    7007 Broadway Ave,    Cleveland, OH 44105-1490
11212635     +Ty Inc,    P O Box 93953,    Chicago, IL 60673-0001
11448385      Waste Management,    141 Opus Place, Suite 400,    Downers Grove, IL 60515
11212637     +Wells Fargo,    Loss Recovery Center,    P.O. Box 30095,    Walnut Creek, CA 94598-9095
11212636     +Wells Fargo,    P O Box 54780,    Los Angeles, CA 90054-0780
11212638     +Wilmer Graphics,    P O Box 7,    Burnsville, NC 28714-0007
11212639      Winograd, Shine & Zacks, P C,    123 Dyer Street,    Providence, RI 02903-3980
The following entities were served by electronic transmission on Dec 06, 2007.
11212622      E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd,
               Bill Payment Center,    Chicago, IL 60668-0001
11448383      E-mail/Text: bankrup@nicor.com                             Nicor,    POB 416,
               Aurora, IL  60568-0001
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                              TOTALS: 0, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2            Date Rcvd: Dec 05, 2007
Case: 07-03782                Form ID: pdf002          Total Served: 46

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2007**           **Signature:**   _Joseph Speetjens_