UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PETER FRANK KLEIN and | ) | Hon. JOHN D. SCHWARTZ |
| MARY KAY KLEIN | ) | |
| | ) | Case No.  07 B 03782 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:   The Honorable JOHN D. SCHWARTZ
        United States Bankruptcy Judge

Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: 2/11/08                                      /s/ Allan J. DeMars
                                                              Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          ) Case No. 07 B 03782
PETER FRANK KLEIN and                     ) Hon. JOHN D. SCHWARTZ
MARY KAY KLEIN                            ) Chapter 7
                          Debtor          )


ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation<br>Allan J. DeMars | $ 2,238.24 |
| 2. | Trustee's expenses<br>Allan J. DeMars | $    62.74 |
| | TOTAL | $ 2,300.98 |

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. | Compensation<br>Allan J. DeMars | $ 3,686.00 |
| | b. | Expenses | $ _____ |
| 2. | Accountant for the Trustee<br>Lois West/Popowcer Katten, Ltd. | | |
| | a. | Compensation | $   860.00 |
| | b. | Expenses | $ _____ |
| | | Total | $ 4,546.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _2nd_ day of _JANUARY_____, 2008

**ENTERED**

JAN - 2

Enter:_____ JOHN D. SCHWARTZ, BANKRUPTCY JUDGE
Bankruptcy Judge    UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    ) Case No. 07 B 03782
PETER FRANK KLEIN and               ) Hon.  JOHN D. SCHWARTZ
MARY KAY KLEIN                      ) Chapter 7
                    Debtor          )

PROPOSED DISTRIBUTION REPORT

        I, Allan J. DeMars, trustee herein, certify that I have
reviewed all claims filed with the Clerk of the Bankruptcy Court
and have examined all orders of Court, and state that based on my
review I am making the following distribution:

        SUMMARY OF DISTRIBUTION:
        Fees and Expenses  Trustee: $ 2,300.98
                           Attorney:$ 3,686.00
                           Accts:   $   860.00   $   6,846.98
        Chapter 7 Administrative Expenses:       $_____
        Chapter 11 Administrative Expenses:      $_____
        Priority Claims (507(a)(3)-(a)(7)):      $_____
        Priority Tax Claims:                     $_____
        General Unsecured Claims:                $   4,202.06
        Other:_____          $_____
        TOTAL AMOUNT TO BE DISTRIBUTED:          $  11,049.04

REPORT OF DISTRIBUTION

|  | TOTAL | FINAL |
|---|---|---|
| 1.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND  % |
| 726(a) & (b) and 507(a)(1) | $6,846.98 | 100% |
| (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Allan J. DeMars: | trustee's fees | $ 2,238.24 | $ 2,238.24 |
|  | expenses | 62.74 | 62.74 |
|  | attorney's fees | 3,686.00 | 3,686.00 |
| Lois West/ Popowcer Katten | accountant's fees | 860.00 | 860.00 |
|  |  | $ 6,846.98 | $ 6,846.98 |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 2 of 6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) (Domestic Support Obligations) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Wages, salaries or commissions limited to $10,950.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                    PAGE 3 of 6

| 5.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 6.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Farmers' and Fishermans' claims to the extent of $5,400. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 7.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Deposits by consumers to the extent of $2,425.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 9.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                    Page 5 of 6

| 12.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $60,539.95 | 6.94097% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Aurora World | $  186.00 | $   12.91 |
| 2 | Associated Bank | 9,895.33 | 686.83 |
| 3 | Ty, Inc. | 228.23 | 15.84 |
| 4 | Designer's Greetings | 1,190.64 | 82.64 |
| 5 | DM Merchandising, Inc. | 1,028.00 | 71.35 |
| 6 | American Express Bank, FSB | 21,286.58 | 1,477.50 |
| 7 | American Express Bank, FSB | 61.10 | 4.24 |
| 8 | Wilmer Graphics | 195.37 | 13.56 |
| 9 | Ganz USA L.L.C. | 1,322.96 | 91.83 |
| 10 | Advanta Bank Corp. | 23,896.74 | 1,658.67 |
| 11 | Burton & Burton | 154.76 | 10.74 |
| 12 | Precious Moments, Inc. | 764.25 | 53.05 |
| 14 | Amscax | 329.99 | 22.90 |
| | | $ 60,539.95 | $ 4,202.06 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $37,902.91 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 15 | Capital One, N.A. | $ 37,902.91 | $   0.00 |

| 14.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/ penalties | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                    Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

      The following claims are not included in the distribution
because they have been disallowed by court order or have been
withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

Claim #13, filed by Korabowicz & Associates, was docketed in this
case when it should have been docketed in the case of KL Indutries,
Inc. (06-04882).  The Clerk's office corrected the error.


      WHEREFORE, the Trustee certifies under penalty of perjury that
the above statements are true and correct.

DATED: January 2, 2008          /s/ Allan J. DeMars
                                     Trustee

## FORM 2
## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.:     07-B-3782
Case Name:   PETER FRANK KLEIN and MARY KAY KLEIN
Taxpayer ID#: 77-6262779
For Period Ending:   12/31/08

Trustee's Name:  Allan J. DeMars
Bank Name:     LaSalle Bank
Initial CD #:    CDI
Blanket bond (per case limit):   5,000,000
Separate bond (if applicable):
Money Market #: 8604063423

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/11/07 | Ref 10 | Associated Bank | turnover of proceeds from business checking account | 1229-000 | 2,542.97 | | 2,542.97 |
| 4/20/07 | Ref 11 | from debtors | refund of post petition funds from business | 1229-000 | 1,823.25 | | 4,366.22 |
| 4/30/07 | Ref 12 | LaSalle Bank | interest on invested funds | 1270-000 | 2.19 | | 4,368.41 |
| 5/31/07 | Ref 12 | LaSalle Bank | interest on invested funds | 1270-000 | 5.53 | | 4,373.94 |
| 6/30/07 | Ref 12 | LaSalle Bank | interest on invested funds | 1270-000 | 5.36 | | 4,379.30 |
| 7/31/07 | Ref 12 | LaSalle Bank | interest on invested funds | 1270-000 | 5.54 | | 4,384.84 |
| 8/31/07 | Ref 12 | LaSalle Bank | interest on invested funds | 1270-000 | 5.55 | | 4,390.39 |
| 9/30/07 | Ref 12 | LaSalle Bank | interest on invested funds | 1270-000 | 5.38 | | 4,395.77 |
| 10/15/07 | Ref 9 | Chicago Liquidators Services, Inc. | gross proceeds of auction sale | 1129-000 | 10,475.52 | | 14,871.29 |
| 10/15/07 | Check 1001 | Chicago Liquidators Services, Inc. | auctioneer's commission | 3610-000 | | 2,095.10 | 12,776.19 |
| 10/25/07 | Check 1002 | Chicago Liquidators Services, Inc. | auctioneer's expenses | 3620-000 | | 1,760.00 | 11,016.19 |
| 10/31/07 | Ref 12 | LaSalle Bank | interest on invested funds | 1270-000 | 11.15 | | 11,027.34 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 11/30/07 | Ref 12 | LaSalle Bank | interest on invested funds | 1270-000 | 12.78 | | 11,040.12 |
| 12/26/07 | Ref 12 | LaSalle Bank | interest on invested funds | 1270-000 | 8.92 | | 11,049.04 |
| Balance carried forward | | | | | | | 11,049.04 |
| 1/2/08 | Check 1003 | Allan J. DeMars | trustee fees | 2100-000 | | 2,238.24 | 8,810.80 |
| 1/2/08 | Check 1004 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 62.74 | 8,748.06 |
| 1/2/08 | Check 1005 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,686.00 | 5,062.06 |
| 1/2/08 | Check 1006 | Lois West/Popowcer Katten | accountant's fees | 3410-000 | | 860.00 | 4,202.06 |
| 1/2/08 | Check 1007 | Aurora World, Inc. | 726(a)(2);6.94097% | 7100-000 | | 12.91 | 4,189.15 |
| 1/2/08 | Check 1008 | Associated Bank | 726(a)(2);6.94097% | 7100-000 | | 686.83 | 3,502.32 |
| 1/2/08 | Check 1009 | Ty, Inc. | 726(a)(2);6.94097% | 7100-000 | | 15.84 | 3,486.48 |
| 1/2/08 | Check 1010 | Designers Greetings | 726(a)(2);6.94097% | 7100-000 | | 82.64 | 3,403.84 |
| 1/2/08 | Check 1011 | DM Merchandising, Inc. | 726(a)(2);6.94097% | 7100-000 | | 71.35 | 3,332.49 |
| 1/2/08 | Check 1012 | American Express Bank, FSB | 726(a)(2);6.94097% | 7100-900 | | 1,477.50 | 1,854.99 |
| 1/2/08 | Check 1013 | American Express Bank, FSB | 726(a)(2);6.94097% | 7100-900 | | 4.24 | 1,850.75 |
| 1/2/08 | Check 1014 | Wilmer Graphics | 726(a)(2);6.94097% | 7100-000 | | 13.56 | 1,837.19 |
| 1/2/08 | Check 1015 | Ganz USA, LLC | 726(a)(2);6.94097% | 7100-000 | | 91.83 | 1,745.36 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 1/2/08 | Check 1016 | Advanta Bank Corp. | 726(a)(2);6.94097% | 7100-900 | | 1,658.67 | 86.69 |
| 1/2/08 | Check 1017 | Burton & Burton | 726(a)(2);6.94097% | 7100-000 | | 10.74 | 75.95 |
| 1/2/08 | Check 1018 | Precious Moments, Inc. | 726(a)(2);6.94097% | 7100-000 | | 53.05 | 22.90 |
| 1/2/08 | Check 1019 | Amscax | 726(a)(2);6.94097% | 7100-000 | | 22.90 | 0.00 |

| | COLUMN TOTALS | 14,904.14 | 14,904.14 | 0.00 |
|---|---|---|---|---|
| | Less: Bank transfers/CD Subtotal | | | |
| | Less: Payments to debtor(s) | | | |
| | Net | 14,904.14 | 14,904.14 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# | | | |
| Money Market #8604063423 | 14,904.14 | 14,904.14 | 0.00 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 14,904.14 | 14,904.14 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |